**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PAIGE MACNAUGHTON,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-1100**
**Judge James L. Graham**
**Magistrate Judge Chelsey M. Vascura**

**ATHENA BITCOIN, INC.,**

**Defendant.**

**ORDER**

This matter is before the Court on Defendant's Unopposed Motion to Designate Gerald L. Maatman, Jr. as Trial Attorney (ECF No. 11). Therein, Defendant Athena Bitcoin, Inc., seeks leave for Mr. Maatman, admitted to this Court *pro hac vice*, to serve as trial attorney, instead of Defendant's current trial attorney, who is a permanent member of the bar of this Court. Because this Court's practice is to have a permanent member of the this Court's bar represent a party at trial, Defendant's Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE